UNITED STATES MERCHANTS AND SHIPPERS INSURANCE COMPANY, Respondent, *v.* MORRIS KLIPPER Appellant.

(Argued October 8, 1930; decided October 24, 1930.)

*Harold R. Zeamans* and *Harry Kirshbaum* for appellant.
*Paul D. Compton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.